[No. 12808–6–I. Division One. January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. NOLAND
RAY HENDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–02402–0, William C. Goodloe, J., entered
February 1, 1983. *Remanded* by unpublished opinion per
Scholfield, A.C.J., concurred in by Durham, J.

[No. 12174–0–I. Division One. January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
LEE HUBBS, *Defendant,* STEVEN BARRY
HUBBS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–03791–3, Arthur E. Piehler, J., entered
August 27, 1982. *Remanded* by unpublished per curiam
opinion.

[No. 11916–8–I. Division One. January 11, 1985.]

GARY L. STEPHENS, *Appellant,* v. NORTH PACIFIC
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 82–2–00009–1, Byron L. Swedberg, J.,
entered June 24, 1982. *Affirmed* by unpublished opinion
per Scholfield, A.C.J., concurred in by Durham and Cole-
man, JJ.

[No. 13746–8–I. Division One. January 11, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
MAURICE SPEARS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00928–2, Rosselle Pekelis, J., entered
August 24, 1983. *Affirmed* by unpublished opinion per
Scholfield, A.C.J., concurred in by Ringold and Durham, JJ.